## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP ) | |
| INTERNATIONAL, INC. et al., ) | Case No. 00-2263 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| KAISER GROUP INTERNATIONAL, ) | |
| INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No. 01-928 |
| ) | |
| ) | |
| INTERNATIONAL FINANCE ) | Re: D.I. 395 |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### ORDER LIFTING STAY, CONFIRMING ARBITRATION AWARD ENTERING JUDGMENT AND DISMISSING CLAIMS AGAINST INTERNATIONAL FINANCE CORPORATION WITH PREJUDICE

Upon consideration of *Defendant International Finance Corporation's Motion to Lift Stay, Confirm Arbitration Award, Enter Judgment and Dismiss Claims With Prejudice* (the "Motion"), and the briefing filed in connection with the Motion; and upon consideration of the *Award* dated June 24, 2013 by the International Court of Arbitration of the International Chamber of Commerce, a copy of which is attached hereto as Exhibit A (the "IFC Award"); and the Court finding that it has jurisdiction over this matter; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for granting the relief requested in the Motion;

RLF1 9572685v.2

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED THAT:**

1. Pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and the Federal Arbitration Act, the Court hereby recognizes and confirms the IFC Award. Pursuant to 9 U.S.C. § 13, the IFC Award shall have the same force and effect, in all respects, as a judgment in this proceeding.

2. Judgment is entered in favor of the International Finance Corporation ("IFC") on all claims asserted by the above-captioned debtors against IFC in the *Debtors' Third Amended Complaint Against Nova Hut, A.S. and International Finance Corporation* [D.I. 146]. All such claims are hereby dismissed with prejudice.

3. This Order resolves all claims and causes of action by the Debtors against IFC in this adversary proceeding and constitutes a final order therein; therefore, IFC is dismissed from this adversary proceeding.

4. The Court shall retain jurisdiction over all matters related to the interpretation and implementation of this order.

Dated: January 27, 2014
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE